UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS MIDDLETON,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 2:18-CV-00372RSM<br><br><br>STIPULATED REMAND ORDER |

It is hereby ORDERED that the Commissioner's final decision shall be reversed and remanded for a new hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will reevaluate the severity of all alleged impairments and reevaluate all medical evidence. When addressing impairment severity, if the ALJ relies on activities such as past work or education, the decision must address any accommodations during those activities. The ALJ will complete the remaining steps of the sequential evaluation process as warranted. Upon proper U.S.C. § 2412 et seq.

DATED this 24th day of August 2018.


　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522

Presented by:
s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2522
Fax: (206) 615-2531
david.burdett@ssa.gov