UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DOUGLAS MIDDLETON,

    Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Civil No. C18-372 RSM

ORDER FOR EAJA FEES, COSTS AND EXPENSES

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as considering Defendant's response, it is hereby ORDERED that: EAJA attorney's fees of $4,959.27, expenses of $3.43 (postage), and costs of $407.20 (copies & filing fee), for a total of $5,369.90 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff,* 560 U.S. ---, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2) If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

//

Order for EAJA Fees- 18-372 RSM  page 1

Dated this 30th day of August 2018.

*RICARDO S. MARTINEZ*
*CHIEF UNITED STATES DISTRICT JUDGE*

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA 98034
425-821-8577