UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS W. MIDDLETON,<br><br>         Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Civil No. 2:18-cv-0372 RSM<br><br>ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b).<br><br>NOTE ON MOTION CALENDAR<br>July 31, 2020 |

**ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

**1)** The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $33,685.00 *less* previously awarded and received EAJA fees totaling $4,959.27, *less* $1,500, to equal a total fee of $27,225.73.

2) Defendant shall release the fee of **$27,225.73** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA  98034 or via automatic deposit.

Dated this 14th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER for 406(b) Fees- 18-372 RSM  page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

1  Presented by:
   s/Rosemary B. Schurman
2  Rosemary B. Schurman, WSBA 11451
   Attorney for Plaintiff
3

4

5                    CERTIFICATE OF SERVICE

6  I hereby certify that I have electronically filed the foregoing on July 15, 2020 with the Clerk of the Court
   using the CM/ECF system which will send notification of such filing to the following: Kerry Keefe,
7  U.S. Attorney &   Office of General Counsel, SSA.

8

9  s/Rosemary B. Schurman
   Rosemary B. Schurman, WSBA 11451
10 Attorney for Plaintiff

11

12

...

25 ORDER for 406(b) Fees- 18-372 RSM  page 2

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544